**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **ELIZABETH JENSEN, GEORGE HENGLE, PATRICK INSCHO AND TIFFANI MYERS** | § § § § | |
| **Plaintiffs,** | § § | Case No. 3:17-cv-181-HEH |
| v. | § § § | |
| **FACTORTRUST, INC.,** | § § | |
| **Defendant.** | | |

## JOINT NOTICE OF SETTLEMENT

FactorTrust, Inc., by counsel, and Plaintiffs, by counsel (collectively, the "Parties"), hereby submit notice to the Court that the matters at issue between them in the present action have been settled. The Parties expect to submit to the Court a Stipulation of Dismissal, dismissing the case with prejudice, by December 8, 2017.

Dated: November 10, 2017                                  Respectfully submitted,

 /s/ David M. Gettings                                             /s/ Kristi Cahoon Kelly

David N. Anthony (VSB No. 31696)           Kristi Cahoon Kelly, Esq. (VSB # 72791)
TROUTMAN SANDERS LLP                      Andrew J. Guzzo, Esq.
1001 Haxall Point                                         Casey Shannon Nash, Esq.
Richmond, Virginia 23219                           Kelly & Crandall PLC
Telephone: (804) 697-5410                         4084 University Drive, Suite 202A
Facsimile: (804) 698-5118                          Fairfax, VA 22030
Email: david.anthony@troutmansanders.com   703-424-7572
                                                                       Fax: 703-591-0167
David M. Gettings (VSB No. 80394)         Email: kkelly@kellyandcrandall.com
TROUTMAN SANDERS LLP                      Email: aguzzo@kellyandcrandall.com
222 Central Park Ave Suite 2000
Telephone: (757) 687-7747
Facsimile: (757) 687-7510
Email: david.gettings@troutmansanders.com

*Attorneys for Defendant, FactorTrust, Inc.*

        James Wilson Speer
        Virginia Poverty Law Center
        919 E Main Street Suite 610
        Richmond, VA 23219
        804-782-9430
        Fax: (804) 649-0974
        Email: jay@vplc.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which is being served this date upon all counsel of record by transmission of Notice of Electronic Filing.

**Counsel for Plaintiff**

Kristi Cahoon Kelly, Esq.
Andrew J. Guzzo, Esq.
Casey Shannon Nash, Esq.
Kelly & Crandall PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
703-424-7572
Fax:  703-591-0167
Email:  kkelly@kellyandcrandall.com
Email:  aguzzo@kellyandcrandall.com

James Wilson Speer
Virginia Poverty Law Center
919 E Main Street
Suite 610
Richmond, VA 23219
804-782-9430
Fax: (804) 649-0974
Email: jay@vplc.org

    */s/* David M. Gettings
David M. Gettings (VSB No. 80394)
TROUTMAN SANDERS LLP
222 Central Park Ave Suite 2000
Telephone: (757) 687-7747
Facsimile: (757) 687-7510
Email: david.gettings@troutmansanders.com